FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 2 1 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:96-CR-0085-LDG-BNW |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SOM HOM AKA TOMMY HOM | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#312), sentencing held on January 25, 1999. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: MGM GRAND HOTEL AND CASINO
Amount of Restitution: $17,645.68

Name of Payee: SHERATON DESERT INN HOTEL AND CASINO
Amount of Restitution: $40,232.97

Name of Payee: LAS VEGAS HILTON HOTEL AND CASINO
Amount of Restitution: $17,121.35

**Total Amount of Restitution ordered:** $75,000.00**
**Joint and Several with co-defendants

Dated this __13__ day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE